

# DEFENDANT'S EXHIBIT LIST

D.Ct.No: 6:20-cr-89-Orl-37LRH

*United States v. James Lapin*

\_\_\_\_\_ Government  \_\_\_\_\_ Plaintiff  __X__ Defendant
\_\_\_\_\_ Joint       \_\_\_\_\_ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1. | | | | Email from Elizabeth Beltran |
| 2. | | | | Electronic Voicemail 12/19/19 at Bates 14 |
| 3. | | | | Electronic Voicemail 1/11/20 at Bates 8 |
| 4. | | | | Electronic Voicemail 1/16/20 @ 11:04 a.m. at Bates 9 |
| 5. | | | | Electronic Voicemail 11/16/20 @ 11:05 a.m. at Bates 10 |
| 6. | | | | Bates 10427-28 Nancy Pelosi Memes from Mr. Lapin's phone. |
| 7. | | | | December 19, 2019 Voicemail audio |
| 8. | | | | Transcript of Exh. 7. |
| 9. | | | | December 20, 2019 Voicemail audio |
| 10. | | | | Transcript of Exh. 9. |
| 11. | | | | January 11, 2020 Voicemail audio |

| 12. | | | | Transcript of Exh. 11 |
|---|---|---|---|---|
| 13. | | | | January 16, 2020 at 11:04 a.m. voicemail audio |
| 14. | | | | Transcript of Exh. 13. |
| 15. | | | | January 16, 2020 at 11:05 a.m. voicemail audio |
| 16. | | | | Transcript of Exh. 15 |
| 17. | | | | Telephonic Interview on May 18, 2020 audio |
| 18. | | | | Transcript of Exh. 17. |