UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 6:20-cr-89-Orl-37LRH

JAMES LAPIN

_____

## ORDER

Before the Court is the Government's motion in limine seeking judicial notice. (Doc. 59 ("**Motion**").)

It is **ORDERED AND ADJUDGED** that by Thursday, **November 12, 2020**, Defendant James Lapin is **DIRECTED** to respond to the Motion (Doc. 59).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 5, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record