UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,                     Case No. 6:20-cr-89-Orl-37LRH

    Plaintiff,        ☐
    Government        ☒                ☐ Evidentiary
                                                  ☒ Trial
                                                  ☐ Other
v.

JAMES LAPIN

    Defendant        ☐

# AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Audio of voicemail December 20, 2019 |
| 2 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Transcript of voicemail December 20, 2019 |
| 3 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Audio of voicemail December 19, 2019 |
| 4 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Transcript of voicemail December 19, 2019 |
| 5 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Audio of voicemail January 11, 2020 |
| 6 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Transcript of voicemail January 11, 2020 |
| 7 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Audio of voicemail January 16, 2020 at 11:04 a.m. |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

# EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 8 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Transcript of voicemail January 16, 2020 at 11:04 a.m. |
| 9 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Audio of voicemail January 16, 2020 at 11:05 a.m. |
| 10 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Transcript of voicemail January 16, 2020 at 11:05 A.M. |
| 11A | NOV 17 2020 | NOV 17 2020 | | | Certified Verizon Phone records |
| 11B | NOV 18 2020 | NOV 18 2020 | | | Composite exhibit, Verizon Phone records filtered |
| 12 | NOV 17 2020 | NOV 17 2020 | | | Composite exhibit, Certified Florida Highway Safety and Motor Vehicles Records For James Lapin |
| 13 | NOV 18 2020 | NOV 18 2020 | | | Map identifying cellular tower and defendant's residence |
| 14 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Audio of phone interview from May 18, 2020 |
| 15 | NOV 17 2020 | NOV 17 2020 | | Stipulated | Transcript of phone interview on May 18, 2020 |
| 16 | NOV 18 2020 | NOV 18 2020 | | | Photo of Truck |