```
 1                    UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION
                       CASE NUMBER 6:20-cr-00089
 3
     . . . . . . . . . . . . . . .
 4   UNITED STATES OF AMERICA,    :
                                  :
 5           Plaintiff,           :
                                  :          Orlando, Florida
 6              v.                :          November 18, 2020
                                  :          3:06 p.m.
 7   JAMES LAPIN,                 :
                                  :
 8           Defendant.           :
     . . . . . . . . . . . . . . .
 9

10         EXCERPT TRANSCRIPT OF JURY TRIAL, VOLUME II
                    DEFENSE CLOSING ARGUMENT
11         BEFORE THE HONORABLE ROY B. DALTON, JR.
                  UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14

15   Counsel for Government:      Amanda Sterling Daniels
                                  Chauncey A. Bratt
16

17   Counsel for Defendant:       Michael Shay Ryan
                                  Nicole Mouakar
18

19

20

21   Court Reporter:     Amie R. First, RDR, CRR, CRC, CPE
                         Federal Official Court Reporter
22                       401 West Central Boulevard, Suite 4600
                         Orlando, Florida  32801
23                       AmieFirst.CourtReporter@gmail.com

24   Proceedings recorded by Realtime Stenography.

25   Transcript produced by Computer-Aided Transcription.
```

P R O C E E D I N G S

\*\*\*\*\*

### CLOSING ARGUMENT BY THE DEFENSE

MR. RYAN:  James Lapin is a patriot in his mind and protested Nancy Pelosi's spearheading of the impeachment of Donald Trump.  And he did it in a crude, crass, unacceptable, ungentlemanly way, by leaving nasty voice mails on her -- on her phone.

But he wasn't trying to threaten anyone.  They were not true threats.  It was, as the prosecutor pointed out, political metaphor, political expression of his registering his protest against Nancy Pelosi's and the House of Representatives' impeaching Donald Trump.

And he never attempted to directly contact the Speaker.  In fact, there's no evidence of that.  I even asked the agent about that.  Is there any evidence he tried to use a back line to get to Nancy Pelosi directly?  Did he reach out on Facebook?  Did he reach out on social media?

In fact, you know darn well that he didn't try to directly reach Nancy Pelosi because of the outgoing voice mail choices that he had when he called the office.  We tried to play it during the testimony, but we'll play it now.

Defendant's Exhibit 6.  5, which has been admitted into evidence.  The phone, the outgoing phone tree,

```
 1  whatever you call it, when you get -- when you call Nancy
 2  Pelosi's Washington, D.C., office.  Let's listen to that.
 3           (Playing audio exhibit.)
 4           MR. RYAN:  So he's leaving a voice mail to express
 5  his opinion as instructed by the message by pressing one,
 6  voice your opinion.
 7           May we show the transcript of that outgoing
 8  message?
 9           If he wanted to get ahold of Nancy Pelosi in some
10  way directly, he could have pressed four.  But he left the
11  message by pressing one.
12           Probably.  I believe Ms. Beltran testified she
13  wasn't really sure what number he left -- or what button he
14  pushed.
15           Thank you.
16           So the idea that there's evidence that Mr. Lapin
17  attempted to contact Nancy Pelosi directly just isn't in
18  the record.  Just isn't part of our case.  In fact, I
19  crossed on that to some extent with the agent.
20           Now, it's interesting how the prosecutor tells you
21  that the first message on December 19th is just an
22  angry message.  The messages on January 11th and
23  16th -- there's three there, two on the 16th -- are
24  just angry messages.  But just the one on -- the
25  December 20th, it's different and outstanding.  That
```

1  one leaves criminal words on a voice mail.
2              So ask yourself how does that work?  How does that
3  jibe, then, with the idea that they don't even discover the
4  messages until February 24?
5              So if he's leaving the scary message on the
6  20th and then follows up with three non-scary ones and
7  then there's a non-scary one to begin with, why is this one
8  so bad?
9              I grant you, it's the harshest one.  He uses the
10 C-word a lot.  And he talks about we're coming for you.
11             But you know by the February 24th that this is
12 just some crackpot, cranky guy leaving his opinions on the
13 voice mails.  He's not truly threatening Nancy Pelosi.  He
14 doesn't have a gang.  He doesn't have cohorts.  There's no
15 one coming with him to go to Washington, D.C.  Nobody.
16 That this is just a mentally ill guy, not hugely -- a
17 mentally ill guy protesting in the way he knows how to do
18 it by calling on the public line of Washington, D.C.
19             So let's look at our version of the
20 December 19th, at the first one, the voice mail.
21             I asked you in opening and I'll ask you again.
22 This case is about language.  So it causes us to take a
23 moment, to take a moment to understand the language.
24             Is Mr. Lapin talking literally, or is he talking
25 figuratively?  Is he truly out to scare or frighten or

```
 1  intimidate the Speaker, or is he ranting and raving about
 2  his particular political position?
 3          This is serious for him.  This is a serious case
 4  actually.  So let's look at the language.
 5          What is he talking about?  And who is he talking
 6  about?
 7          So here's the December 19th message.  I've
 8  tweaked it a little to emphasize what I think is important
 9  about it.
10          So when do we try Nancy Pelosi for treason and
11  hang her for treason against the people of our country?
12  She forgot she works for us.  Right?  She works for the
13  American people.  Right?  Not her son working over in the
14  Ukraine for Joe Biden's son.  No, that couldn't be why she
15  tried to impeach our president.  That bitch is a traitor.
16  And so is the entire DNC.  It's time to abolish the DNC.
17  Pulse Nightclub survivors for Trump 2020.
18          They just told you this is not a threatening
19  statement.  It's just I guess anger, according to the
20  prosecutor.
21          But it's on December 19th, and that's an
22  important date for this case.  On December 18th, Donald
23  Trump was impeached by the House of Representatives.
24          You heard testimony from Mr. Lapin's sisters and
25  from Dr. Rapa that one of the triggers of a manic state for
```

```
 1   a bipolar person could be the news.  We've all seen that
 2   guy who gets all upset about the news.
 3            But this tells you what this case is about.  It's
 4   about Mr. Lapin protesting Nancy Pelosi's impeachment of
 5   the president which he rates is equivalent to being a
 6   traitor.
 7            And he leaves it on a voice mail that invites you
 8   to leave your opinion.  There's no evidence that he tried
 9   to reach out to Nancy Pelosi directly.  No evidence that he
10   tried to ascertain her public appearances schedule.
11            All the evidence points to the fact that he never
12   went to Washington, D.C.  All the evidence, location data,
13   that they are making much ado about is that he was here the
14   entire time near Ormond Beach.
15            And they want you to convict him because James
16   Lapin is a liar.  Unfortunately, he is a liar.  He's been a
17   liar his whole life.  He's a habitual liar.  You heard that
18   from his sisters.  Small things and little things.  Why?
19   His way of gaining attention.
20            He wasn't lying to avoid detection.  If he was
21   lying to avoid detection in this case, he would have
22   attempted to avoid detection.  But he didn't.  He didn't
23   move.  He didn't leave the address.  He was called by
24   Agent Anyaso here on May 18th.  All right?
25            Why were you threatening Nancy Pelosi?
```

```
 1              And he says he wasn't.  I wasn't doing that.
 2              But he was on notice that law enforcement was on
 3   his tail, right?  He didn't try to leave.  He didn't go
 4   anywhere.  He didn't go into hotel rooms or stay with
 5   friends or go to the sisters' homes, all of a sudden he's
 6   not available at that location.
 7              If he were trying to avoid detection, he would
 8   have done something else.  He would have done something
 9   else.  Not just said something.  Actions speak louder than
10   words.  We all hear that phrase.
11              The next one, on December 20th, the day after
12   -- or two days after the impeachment, he calls again.  And
13   he leaves this nasty message.
14              Now, we know the "we" does not mean anybody with
15   Mr. Lapin, no cohorts, no co-conspirators, no gang.  He's
16   not talking about his friends or a group of people.  He
17   didn't post on Facebook.  There's no email.
18              There is not one shred of other indications that
19   Mr. Lapin even wanted to scare the Speaker.  Not a Facebook
20   post.  Not a Twitter.  Not an email.  Not a snail mail.  No
21   attempt to locate her.  No showing up at her office.
22   Nothing.  Because he wasn't.  That's not what he does.
23              What he does is he rants and raves like an idiot.
24   And it's not nice.  And we're not condoning it.  But it's
25   not a crime.
```

```
 1              And he says -- I counted five times -- we're
 2    coming for you.  You heard it so many times.  You probably
 3    don't need to hear me say it again.
 4              We are fucking coming for you.  We're coming for
 5    you.  Our president.  We're coming for you.  We're coming
 6    for you.  To hang your dentures above the Capitol.
 7              So you have to ask yourself is he speaking
 8    literally, figuratively?  And we know it's a figure of
 9    speech because the "we" is nobody, is not for real.  It's
10    metaphor.  And it's not nice, but he's speaking a political
11    metaphor.
12              He's talking about Nancy Pelosi's political life
13    and the retribution of the people who supported the
14    president and were against the impeachment will one day
15    extract from her the loss of her political career.  You're
16    fucking dead.  We know that's what he meant.
17              We go on to the next one.
18              Now we're back, according to the Government's own
19    statements, to nothing wrong with this.  Okay to be leaving
20    these kinds of statements with Nancy Pelosi's office.
21              He's talking about me and 6,000 other citizens.
22    Did we see -- we're going to file lawsuits against the DNC
23    for violating -- again, he's speaking about "we" and "our"
24    and "us."  We're suing you for defamation of character.
25    Call us racist.  Our constitutional rights.
```

1              He's always placing himself within a much larger
2    context because he's not talking really about himself.
3    He's talking about "we," the Bobby politic, the group that
4    shares his views of the political norm or the political
5    time.  He's talking about a political process, a legal
6    process in his way.  And they know it because they didn't
7    do anything about it.
8              That's the other thing.  They didn't do anything
9    about it.  February 24th is when they first realize it.
10             And I disagree with the prosecutor, but you're the
11   deciders.  I don't think Ms. Beltran came up here and told
12   you that she was afraid of the message and that's why she
13   sent it off to the threat assessment section.  I don't
14   think she said that.  But you get to decide.
15             I think what we heard her say was that, first of
16   all, that's her job, is to sit there and screen those voice
17   mails, that they do -- there's thousands a week coming in.
18             And they're plucking out buzzwords.  And she found
19   the buzzwords.  And then the buzzwords required her to
20   search the phone number, and we got the other messages.
21   And, boom, it gets shipped off to threat assessment.
22             And, in fact, if you ask me, nobody from Nancy
23   Pelosi -- sorry.  Let me say it this way.  There was no
24   evidence or testimony presented to you that anybody in
25   Nancy Pelosi's office felt momentarily fear in any way.

1                I don't think we got that from Ms. Beltran.  It's
2    up for you to decide.  You certainly didn't hear that the
3    Speaker herself felt fear or concern or intimidated.
4                Go on to the next one.
5                Again, she's talking about treason -- I'm sorry.
6    Mr. Lapin is talking about treason.  And us.  Us and
7    treason.  We.  Our.  The people.  The American people.  He
8    says it over and over again.
9                This is on January 16th.  By the way, a
10   significant event happens on January 16th in the
11   impeachment.  That's when the impeachment articles were
12   delivered to the U.S. Senate sort of initiating the formal
13   process of what's called the trial in the Senate.
14               So obviously Mr. Lapin was keenly aware of the
15   issues going on with the impeachment.  So another high
16   point in impeachment in which Mr. Lapin was likely in a
17   manic phase calling, leaving messages in a manic phase, in
18   a bipolar condition.  Utilizing language that he never
19   would use in real life.  He would never, in person.  We
20   heard that in person he's polite.  Fun, you know.
21   Enjoyable, you know.
22               This is -- he thinks that he can leave this
23   message and really give it to her because, you know, he's
24   not going to hear any feedback.
25               Then on the last message, he's talking about us

```
 1    taxpayers and how much Nancy Pelosi spent on the
 2    impeachment pens and the impeachment bullshit.  And, again,
 3    we're coming for you.  And you will hang for treason.
 4    Treason.
 5              And, you know, months later, can you imagine the
 6    type of character that Mr. James Lapin is, this
 7    hyper-supporter of Donald Trump, this guy kind of whacked
 8    out on politics, gets a call out of the blue from someone
 9    purporting to be an agent to talk about the impeachment
10    process.  It must have been quite an exciting phone call
11    for Mr. Lapin.  That doesn't happen to him very often.
12              And what did he talk about again?  We went through
13    it with the -- during the testimony.  He talked about
14    treason and traitor.  And Nancy Pelosi being a traitor for
15    impeaching Donald Trump.  And we protest.  We protest.
16              He claimed that he went to Washington, D.C.  His
17    sister says that's not possible.  He would have told us.
18    And not one shred of evidence to suggest that he did.  And,
19    in fact, all the evidence that they're making much ado
20    about is that all the location data shows that he was at
21    Ormond Beach.  Ormond Beach.
22              So he's a big fat liar, according to the
23    Government, when it comes to his significant other and when
24    it comes to his address.  But when it comes to going to
25    Washington, D.C., oh, no, all of a sudden now that's good
```

```
 1  evidence.  That's good evidence he went to Washington.
 2  It's not.  And he, unfortunately, lies.  But he doesn't
 3  threaten government officials.  That's not James Lapin.
 4          And he does have mental health issues.  Shield the
 5  language, shield the nasty language, the hyperbolic
 6  language.  But it's not just the language or Mr. Lapin's
 7  mental health issues.  His other actions demonstrate that
 8  no true threats were made here.
 9          Did somebody tell Mr. Lapin to stop making those
10  calls?
11          No.  He did that all on his own.  He just stopped
12  calling.  Because impeachment was over.  Impeachment ends
13  on February 5th.  February 5th.  Donald Trump is
14  acquitted in the Senate.
15          Here's this guy threatening the official in our
16  Government who's number two in line for the presidency, the
17  Speaker of the House.  It goes president, vice president
18  and then Speaker of the House if, God forbid, somehow two,
19  our president and vice president, at the same time would
20  become incapacitated.
21          So you don't search the guy's bedroom?  You would
22  search his bedroom.  You would go get a search warrant.
23  You want to make sure this guy isn't for real.
24          Or they want to tell you how they don't have the
25  burden to prove that he wasn't really going to do it.  They
```

1  want to try to make you think that their burden is less
2  significant than it is.  But it's proof beyond a reasonable
3  doubt that he intended to threaten, intended to threaten
4  Nancy Pelosi, whether he intended to do that on purpose and
5  knowingly and intentionally.
6        Is this the man who during manic phases was
7  leaving stupid messages about his politics on Nancy
8  Pelosi's phone really intending to do that on purpose and
9  knowingly and intentionally to hurt and scare and frighten
10 Nancy Pelosi?  No.  It's just his way of talking.  You
11 heard that from the sisters.
12       And you would search that bedroom.  You would get
13 a search warrant.
14       When he was arrested, the phone was right there.
15 They're making a dig deal about the phone, about whether he
16 claimed -- oh, by the way, all the thing about his -- you
17 know, during the interview with Agent Anyaso, he didn't
18 deny his name, his date of birth, and that the phone was
19 his and that only he used the phone.
20       Well, that's the instrumentality of the action in
21 this case for which he's being brought to this Court.  So
22 that's what matters, not that he disavowed his significant
23 other over the telephone, for whatever reason, who was
24 sitting right there when he got arrested.
25       Or that Mr. Lapin, when he got arrested, didn't

1  try to ditch the phone, disavow the phone, hide the phone.
2  He did nothing like that.
3         Because he's not guilty.  Because he doesn't have
4  a guilty mind.  He didn't think anything about the phone.
5  He didn't think anything about the phone after he talked to
6  Agent Anyaso a month earlier.
7         It took them six months to arrest this guy that
8  they say is threatening the Speaker of the United States
9  House of Representatives.
10        In fact, he asked to use the phone and they gave
11 it to him.  He made a call.
12        On the way -- after being taken into custody, he
13 doesn't disavow Davis or Jones, Mr. Jones, calls him Davis,
14 his partner.  In fact, he called him his husband.
15        Well, why he said what he said over the phone, we
16 don't know.  And it doesn't matter.  It doesn't go to
17 anything here.  They want to make him a liar to you and
18 urge you to convict him because he's a liar, but there's
19 just nothing about the case that is about lying.
20        This isn't a theft case, a fraud case, a credit
21 card fraud case.  He wasn't stealing from widows and
22 orphans.  Nothing like that.
23        There's nothing about the charges that you're
24 being told to consider here that involves him lying.  He
25 lies as a matter of habit.  He's done it throughout his

1 life.
2     But on the important stuff, he didn't because he
3 doesn't have a guilty mind.  He didn't disavow his phone,
4 even after the May 20th -- May 18th call.
5     And after May 18th, he could have taken lots
6 of evasive actions to try to confuse law enforcement, get
7 rid of the phone, move to another location, seek the
8 shelter with his sisters who are still here in the
9 courtroom with us.  But he didn't do any of that stuff.  He
10 went about his business and stayed right there in front of
11 the house.
12     Why?  Because he's not guilty.
13     Like I said, we heard little to no evidence, that
14 I heard, from anybody in Nancy Pelosi's office even paused
15 over this, except for the routine matter that Ms. Beltran
16 had to -- sent forward -- if I said email -- the voice mail
17 to law enforcement.  And that's compelling evidence that
18 actions speak so much louder than the words here.
19     We're talking about a case and talking words and
20 actions, and actions being more important than the words.
21 Yeah, they don't have to prove that he was doing anything
22 to actually execute some plan.  Because, of course, the
23 reason they emphasize that, of course, is because there's
24 no such evidence.  There's not even a tweak Nancy Pelosi
25 should hang for treason.  Not a meme showing Nancy Pelosi

```
 1  with a bullet -- you know, a bull's-eye on her face.
 2          Why?  Because he wasn't thinking of those messages
 3  as conveying a threat.  He only thought of those messages
 4  as conveying a political thought because he's not guilty.
 5          He's not guilty.
 6          Thank you.
 7          THE COURT:  Thank you, Mr. Ryan.
 8          Would you tidy up there on your way out before I
 9  invite Ms. Daniels back to the podium.
10          MR. RYAN:  Yes, sir.
11          THE COURT:  Thank you.
12          MR. RYAN:  All yours.
13                            *****
14               (End of Excerpt at 3:35 p.m.)
15                            *****
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2

 3          I certify that the foregoing is a correct

 4   transcript from the record of proceedings in the

 5   above-entitled matter.

 6

 7   January 11, 2021

 8

 9       s\   Amie R. First
     Amie R. First, RDR, CRR, CRC, CPE
10   Federal Official Court Reporter
     United States District Court
11   Middle District of Florida
```