```
 1                     UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION
                        CASE NUMBER 6:20-cr-00089
 3
     . . . . . . . . . . . . . . .
 4   UNITED STATES OF AMERICA,    :
                                  :
 5           Plaintiff,            :
                                  :          Orlando, Florida
 6                v.              :          November 19, 2020
                                  :          1:50 p.m.
 7   JAMES LAPIN,                 :
                                  :
 8           Defendant.           :
     . . . . . . . . . . . . . . .
 9

10         EXCERPT TRANSCRIPT OF JURY TRIAL, VOLUME III
                         ALLEN CHARGE
11         BEFORE THE HONORABLE ROY B. DALTON, JR.
                  UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14

15   Counsel for Government:     Amanda Sterling Daniels
                                 Chauncey A. Bratt
16

17   Counsel for Defendant:      Michael Shay Ryan
                                 Nicole Mouakar
18

19

20

21   Court Reporter:    Amie R. First, RDR, CRR, CRC, CPE
                        Federal Official Court Reporter
22                      401 West Central Boulevard, Suite 4600
                        Orlando, Florida  32801
23                      AmieFirst.CourtReporter@gmail.com

24   Proceedings recorded by Realtime Stenography.

25   Transcript produced by Computer-Aided Transcription.
```

```
 1                    P R O C E E D I N G S
 2                      (Beginning of excerpt)
 3                            *****
 4          THE COURT:  We're back on the record in
 5   United States versus Lapin, 6:20-cr-89.
 6          The Court notes all counsel and the defendant are
 7   present.
 8          I have a note from the jury which I'm going to
 9   mark as the next numbered Court's exhibit that indicates
10   that the jury is deadlocked.  I'm going to give them an
11   Allen charge.
12          And I'm going to bring them in and give them an
13   Allen charge and give them at least one more opportunity to
14   go back and continue to work.
15          Let's bring our jurors in.
16          MS. MOUAKAR:  Your Honor --
17          THE COURT:  I'm sorry.  Hang on.
18          MS. MOUAKAR:  I'm sorry.
19          Your Honor, for the record, is it the -- I looked
20   up the Eleventh Circuit pattern instructions.  I believe
21   it's referred to as T5 modified Allen charge.
22          Is that the charge that you'll be --
23          THE COURT:  I'll read it to you.  I have my own
24   Allen charge.  I'll read it to you.  You can follow along
25   there and see how it's different.
```

```
 1              Members of the jury:
 2              I'm going to ask that you continue your
 3    deliberations in an effort to agree on a verdict and
 4    dispose of this case.
 5              I have a few additional comments I would like for
 6    you to consider as you do so.
 7              A jury can certainly disagree on a verdict or
 8    disagree as to what the facts of the case may be.  However,
 9    there should be no disagreement about the law.  If you have
10    any disagreements about the law, please let me know and I
11    will give you additional instructions.
12              This is an important case for all concerned.
13    Should you be unable to reach a unanimous verdict, the case
14    will be left open and may have to be tried again with a new
15    jury selected just as you were selected.
16              Inside the jury room, it is your duty to consult
17    with one another, to consider each other's views, and to
18    discuss the evidence with the objective of reaching a just
19    verdict if you can do so without violence to your
20    individual judgment.
21              Each of you must decide the case for yourself but
22    only after discussion and impartial consideration of the
23    case with your fellow jurors.
24              You should not be advocates for one side or the
25    other, but you should be willing to examine your own
```

```
 1  personal views in light of the views of those jurors who
 2  disagree with you.
 3          You should not hesitate to change your opinion if
 4  you are convinced you are wrong, but you should not
 5  surrender your honest belief as to the weight and effect of
 6  the evidence just because other jurors disagree with you or
 7  solely for the purpose of getting the case over with.
 8          You may be as leisurely in your deliberations as
 9  the occasion may require, and you should take all the time
10  that you may feel is necessary.
11          I now ask that you retire once again and continue
12  your deliberations with these additional comments in mind
13  to be applied, of course, in conjunction with all the other
14  instructions I have previously given to you.
15          MS. MOUAKAR:  Thank you, Your Honor.
16          THE COURT:  You're welcome.
17          All right.  Would you bring our jurors in, please.
18          (Jury entered the courtroom at 1:56 p.m.)
19          THE COURT:  Ladies and gentlemen, welcome back.
20          Mr. Burford, I have your note indicating that the
21  jury to this point has not been able to reach a unanimous
22  verdict.
23          Is that correct?
24          THE FOREPERSON:  That's correct, sir.
25          THE COURT:  All right.  I have some additional
```

```
 1    instructions for you that I'd like for you to give some
 2    heed to.
 3              Members of the jury:
 4              I'm going to ask that you continue your
 5    deliberations in an effort to agree on a verdict and
 6    dispose of this case.
 7              I have a few additional comments I'd like for you
 8    to consider as you do so.
 9              A jury can certainly disagree on a verdict or
10    disagree as to what the facts of the case may be.  However,
11    there should be no disagreement about the law.  If you have
12    any disagreements about the law, please let me know and I
13    will give you additional instructions.
14              This is an important case for all concerned.
15    Should you be unable to reach a unanimous verdict, the case
16    will be left open and may have to be tried again with a new
17    jury selected just as you were selected.
18              Inside the jury room, it is your duty to consult
19    with one another, to consider each other's views, and to
20    discuss the evidence with the objective of reaching a just
21    verdict if you can do so without violence to your
22    individual judgment.
23              Each of you must decide the case for yourself but
24    only after discussion and impartial consideration of the
25    case with your fellow jurors.
```

1             You should not be advocates for one side or the
2    other, but you should be willing to examine your own
3    personal views in light of the views of those jurors who
4    disagree with you.
5             You should not hesitate to change your opinion if
6    you are convinced that you are wrong, but you should not
7    surrender your honest belief as to the weight and effect of
8    the evidence just because other jurors disagree with you or
9    solely for the purpose of getting the case over with.
10            You may be as leisurely in your deliberations as
11   the occasion may require, and you should take all the time
12   which you may feel is necessary.
13            I now ask that you retire again and continue your
14   deliberations with these additional comments in mind to be
15   applied, of course, in conjunction with all of the other
16   instructions that I have previously given to you.
17            Mr. Carter, I'm going to ask you now to escort the
18   jurors, if you would, back to the jury deliberation room.
19            (Jury exited the courtroom at 1:58 p.m.)
20            THE COURT:  Counsel, any objection to the Court's
21   Allen charge as delivered?
22            MS. DANIELS:  No, Your Honor.
23            MS. MOUAKAR:  No, Your Honor.  No objection.
24            THE COURT:  All right.  We'll be in recess pending
25   further word from the jury.  Don't go far.

```
 1            (Recess taken at 1:59 p.m.)
 2                        *****
 3                   (End of Excerpt)
 4                        *****
 5
 6              C E R T I F I C A T E
 7
 8       I certify that the foregoing is a correct
 9  transcript from the record of proceedings in the
10  above-entitled matter.
11
12  December 7, 2021
13
14      s\  Amie R. First
    Amie R. First, RDR, CRR, CRC, CPE
15  Federal Official Court Reporter
    United States District Court
16  Middle District of Florida
17
18
19
20
21
22
23
24
25
```