UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                    CASE NO: 6:20-cr-89-RBD-LRH

JAMES LAPIN

---

## JUDGMENT OF ACQUITTAL

This cause came before the Court for a trial held on March 9, 2021 through March 11, 2021. The issues, having been tried and the jury having rendered a verdict of not guilty as to Counts One and Two of the Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant is hereby acquitted of Counts One and Two of the Indictment.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 11, 2021.



ROY B. DALTON JR.
United States District Judge

Copies furnished to:
Counsel of Record